```
              IN THE UNITED STATES DISTRICT COURT
           FOR THE EASTERN DISTRICT OF PENNSYLVANIA

Boris Yatsenko, United States      :
Ex Rel.                            :
                                   :     CIVIL ACTION NO.02-5310
         Petitioner,               :
                                   :
         vs.                       :
                                   :
John Ashcroft, as Attorney         :
General of the United States,      :
James W.  Ziglar, Commissioner     :
of the Immigration and             :
Naturalization Service, Warden     :
of York County Prison              :

         Respondents.
```

## ENTRY OF APPEARANCE

Kindly enter my appearance on behalf of the Respondents in the above-captioned matter.

                              _____
                              STEPHEN J.  BRITT
                              Assistant United States Attorney
                              615 Chestnut Street, Suite 1250
                              Philadelphia, PA 19106
                              (215) 861-8443

Dated: August 13, 2002

**CERTIFICATE OF SERVICE**

I hereby certify that on this date I caused a true and correct copy of the foregoing to be served by first-class United States mail, postage prepaid, upon the following:

>Tatiana S. Aristova, Esquire
>Law Offices of John J. Gallagher
>1760 Market Street, Suite 1100
>Philadelphia, PA 19103

---
STEPHEN J. BRITT
Assistant United States Attorney

Dated: August 13, 2002