IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| BORIS YATSENKO | : | CIVIL ACTION |
| v. | : | |
| JOHN ASHCROFT et al. | : | NO. 02-5310 |

<u>ORDER</u>

AND NOW, this 14th day of August, 2002, upon consideration of Yatsenko's petition for a writ of habeas corpus under 28 U.S.C. § 2241, it is hereby ORDERED the Government shall RESPOND to the petition by September 13, 2002.

BY THE COURT:

_____
Stewart Dalzell, J.