Case 2:02-cv-05310-SD  Document 7-2  Filed 08/28/2002  Page 1 of 3

**U.S. Department of Justice**
Immigration and Naturalization Service

# Notice to Appear

In removal proceedings under section 240 of the Immigration and Nationality Act

File No: __A77 903 363__

In the Matter of:

Respondent: __YATSENKO, Boris__ currently residing at: __(305) 542 2234__

__780 S Pt Rd #724   Hollywood FL 33021__
(Number, street, city, state and ZIP code)       (Area code and phone number)

☐ 1. You are an arriving alien.

☒ 2. You are an alien present in the United States who has not been admitted or paroled.

☐ 3. You have been admitted to the United States, but are deportable for the reasons stated below.

The Service alleges that you:

1. You are a citizen of KAZAKHSTAN and a native of KAZAKHSTAN.

2. You are NOT a citizen of the United States.

3. You arrived in the United States at or near Nogales, AZ on or about 020398;

4. You were not then admitted or paroled after inspection by an Immigration Officer.

**SEE CONTINUATION FORM I-831 ATTACHED**

On the basis of the foregoing, it is charged that you are subject to removal from the United States pursuant to the following provision(s) of law:

Section 212(a)(6)(A)(i) of the Immigration and Nationality Act (Act), as amended, in that you are an alien present in the United States without being admitted or paroled, or who arrived in the United States at any time or place other than as designated by the Attorney General.

**SEE CONTINUATION FORM I-831 ATTACHED**

☐ This notice is being issued after an asylum officer has found that the respondent has demonstrated a credible fear of persecution.

☐ Section 235(b)(1) order was vacated pursuant to:  ☐ 8 CFR 208.30(f)(2)  ☐ 8 CFR 235.3(b)(5)(iv)

YOU ARE ORDERED to appear before an immigration judge of the United States Department of Justice at:
__SUITE 410  130 DELAWARE AVE  BUFFALO, NY  14202__
(Complete Address of Immigration Court, Including Room Number, if any)

on __02/23/2000__   at __09:00 AM__   to show why you should not be removed from the United States based on the
    (Date)              (Time)
charge(s) set forth above.

_____ DADDE
(Signature and Title of Issuing Officer)

Date: __09/22/1999__                   __BUFFALO, NY__
                                         (City and state)
See reverse for important information

Form I-862 (Rev. 4-1-97)

**U.S. Department of Justice**
Immigration and Naturalization Service

Continuation Page for Form _I-862_

| Alien's Name | File Number | Date |
|---|---|---|
| YATSENKO, Boris | A77 903 363 | 09/22/1999 |

ALLEGATIONS CONTINUED:

PROVISIONS CONTINUED:

| Signature | Title |
|---|---|
| KEITH KONOPA | DADDE |

Form I-831 Continuation Page (Rev.6/12/92)

## Notice to Respondent

**Warning:** Any statement you make may be used against you in removal proceedings.

**Alien Registration:** This copy of the Notice to Appear served upon you is evidence of your alien registration while you are under removal proceedings. You are required to carry it with you at all times.

**Representation:** If you so choose, you may be represented in this proceeding, at no expense to the Government, by an attorney or other individual authorized and qualified to represent persons before the Executive Office for Immigration Review, pursuant to 8 CFR 3.16. Unless you so request, no hearing will be scheduled earlier than ten days from the date of this notice, to allow you sufficient time to secure counsel. A list of qualified attorneys and organizations who may be available to represent you at no cost will be provided with this Notice.

**Conduct of the hearing:** At the time of your hearing, you should bring with you any affidavits or other documents which you desire to have considered in connection with your case. If any document is in a foreign language, you must bring the original and a certified English translation of the document. If you wish to have the testimony of any witnesses considered, you should arrange to have such witnesses present at the hearing.

At your hearing you will be given the opportunity to admit or deny any or all of the allegations in the Notice to Appear and that you are inadmissible or deportable on the charges contained in the Notice to Appear. You will have the opportunity to present evidence on your own behalf, to examine any evidence presented by the Government, to object, on proper legal grounds, to the receipt of evidence and to cross examine any witnesses presented by the Government. At the conclusion of your hearing, you have a right to appeal an adverse decision by an immigration judge.

You will be advised by the immigration judge before whom you appear of any relief from removal for which you may appear eligible including the privilege of departing voluntarily. You will be given a reasonable opportunity to make such an application to the immigration judge.

**Failure to appear:** You are required to provide the INS, in writing, with your full mailing address and telephone number. You must notify the Immigration Court immediately by using Form EOIR-33 whenever you change your address or telephone number during the course of this proceeding. You will be provided with a copy of this form. Notices of hearing will be mailed to this address. If you do not submit Form EOIR-33 and do not otherwise provide an address at which you may be reached during proceedings, then the Government shall not be required to provide you with written notice of your hearing. If you fail to attend the hearing at the time and place designated on this notice, or any date and time later directed by the Immigration Court, a removal order may be made by the immigration judge in your absence, and you may be arrested and detained by the INS.

### Request for Prompt Hearing

To expedite a determination in my case, I request an immediate hearing. I waive my right to have a 10-day period prior to appearing before an immigration judge.

Before: _____

_____
(Signature and Title of INS Officer)

_____
(Signature of Respondent)

Date: _____

---

**Certificate of Service**

This Notice to Appear was served on the respondent by me on _____ (Date) _____, in the following manner and in compliance with section 239(a)(1)(F) of the Act:

☑ in person    ☐ by certified mail, return receipt requested    ☐ by regular mail

☐ Attached is a list of organizations and attorneys which provide free legal services.
☑ The alien was provided oral notice in the _____ language of the time and place of his or her hearing and of the consequences of failure to appear as provided in section 240(b)(7) of the Act.

_____
(Signature of Respondent if Personally Served)

_____
(Signature and Title of Officer)

Form I-862 (Rev. 4-1-97)