UNITED STATES DEPARTMENT OF JUSTICE
EXECUTIVE OFFICE FOR IMMIGRATION REVIEW
IMMIGRATION COURT
, PENNSYLVANIA

TIANA S. ARISTOVA
760 MARKET ST. SUITE 1100
PHILADELPHIA     PA 19103


IN THE MATTER OF                          FILE A 77-903-363

REMOVAL PROCEEDINGS AGAINST
YATSENKO, BORIS
            ON BEHALF OF RESPONDENT:
            TATIANA S. ARISTOVA

            ON BEHALF OF INS:
            INS DISTRICT COUNSEL/INS ASST. DISTRICT COUNSEL


            ORDER ON MOTION TO REOPEN PROCEEDINGS

UPON READING AND CONSIDERING RESPONDENT/APPLICANT'S MOTION TO REOPEN
REMOVAL PROCEEDINGS; AND

THERE BEING NO OPPOSITION TO THE MOTION the motion to REOPEN
IT IS HEREBY ORDERED THAT ~~REMOVAL PROCEEDINGS BE REOPENED~~
REMOVAL PROCEEDINGS IS DENIED.

                                    _Craig De Bernardis_
                                    CRAIG DE BERNARDIS
                                    IMMIGRATION JUDGE           7F
                                    Sep 19, 2001

CC: INS DISTRICT COUNSEL/INS ASST. DISTRICT COUNSEL

AR